

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov

6  AMANDA N. LISKAMM
   Director
7  DANIEL ZYTNICK
   TIMOTHY FINLEY
8  Trial Attorneys
   U.S. Department of Justice
9  Consumer Protection Branch
   PO Box 386
10 Washington, DC  20044
   (202) 598-8337 / (202) 307-0050
11 daniel.e.zytnick@usdoj.gov
   timothy.t.finley@usdoj.gov
12 *Attorneys for the United States*

FILED.

DATED: 10:36 am, January 19, 2024

U.S. MAGISTRATE JUDGE

13                **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
14

15 UNITED STATES OF AMERICA,

           Plaintiff,
16
                                          Case No. 2:24-mj-00666-BNW
17      v.
                                          **GOVERNMENT'S MOTION TO**
   POUPAK JANNISSAR,                      **SEAL COMPLAINT**
18
           Defendant.                     **(Filed Under Seal)**
19

20      The government respectfully moves this Honorable Court for an Order sealing the

21 Complaint, this motion, and the Court's Sealing Order, in the above-captioned matter, until

22 such time as this Honorable Court, or another Court of competent jurisdiction, shall order

23 otherwise.

24

1  In this case, an order sealing the Complaint would be appropriate because the
2  defendant has not yet been arrested, and the existence of this investigation is neither public
3  nor known to the defendant, and its disclosure may alert the defendant of a pending arrest.
4  Accordingly, there is reason to believe that the disclosure of the information contained
5  within the Complaint will jeopardize the investigation, including by giving the defendant an
6  opportunity to flee or continue flight from prosecution, or destroy or tamper with evidence.
7  Accordingly, there is reason to believe that notification of the existence of the
8  complaint will seriously jeopardize the investigation and would likely place law
9  enforcement at higher risk of confrontation when securing the arrest of the defendant.
10  DATED this 19th day of January, 2024.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney



RICHARD ANTHONY LOPEZ
Assistant United States Attorney

DANIEL ZYTNICK
TIMOTHY FINLEY
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch

FILED.

DATED: 10:37 am, January 19, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

POUPAK JANNISSAR,

    Defendant.

Case No. 2:24-mj-0066-BNW

**ORDER ON GOVERNMENT'S MOTION TO SEAL COMPLAINT**

(Filed Under Seal)

Based on the pending motion of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's motion, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 19th day of January, 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE