JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

AMANDA N. LISKAMM
Director
DANIEL ZYTNICK
TIMOTHY FINLEY
Senior Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
(202) 598-8337 / (202) 307-0050
daniel.e.zytnick@usdoj.gov
timothy.t.finley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00020-APG-DJA |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| v. | |
| POUPAK JANNISSAR, | |
| Defendant. | |

On January 19, 2024, Magistrate Judge Brenda N. Weksler issued a sealed criminal complaint in Case No. 2:24-mj-00066-BNW charging Defendant Poupak Jannissar with one count of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1349, and one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(B)(i). On January 22, 2024,

law enforcement arrested Jannissar in the Southern District of Florida. The next day, he made his initial appearance in that District under Federal Rule of Criminal Procedure 5 on the charges in the complaint.[1]

On January 30, 2024, a federal grand jury in the District of Nevada returned an indictment against Jannissar, charging him with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1349, and one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(B)(i).

Because Jannissar has been arrested and notified of the charges against him, there is no longer reason to keep this case under seal.[2] Accordingly, the government requests that the Court order this case, including the indictment and the related complaint, be unsealed.

Dated this 2nd of February, 2024.

Respectfully submitted,

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>CONSUMER PROTECTION BRANCH<br>AMANDA N. LISKAMM<br>Director | U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA<br>JASON FRIERSON<br>United States Attorney |
| | */s Richard Anthony Lopez* |
| TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Senior Trial Attorneys<br>U.S. Department of Justice<br>Consumer Protection Branch | RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

---

[1] Jannissar initially requested to have his detention hearing in the District of Nevada and the Court ordered that the United States Marshals Service transport him to this District. *See* ECF 5 (Waiver) and ECF 6 (Commitment to Another District), *United States v. Jannissar*, Case No. 0:24-mj-06032-PMH (S.D. Fla. Jan. 23, 2024). Earlier today, Jannissar's counsel filed a motion in the Southern District of Florida to stay his transfer so that he may seek release instead of transport. *See* ECF 11 (Emergency Motion to Revoke Waiver), *Jannissar*, Case No. 0:24-mj-06032-PMH (S.D. Fla. Feb. 2, 2024).

[2] The government is unsure why the above-captioned case is under seal, as it intended for the indictment to be publicly filed. In any event, the clerk's office informed undersigned counsel that a court order was necessary to unseal the case.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POUPAK JANNISSAR,<br><br>Defendant. | Case No. 2:24-cr-00020-APG-DJA<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL CASE** |

Based on the pending motion of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the above-captioned case, including the Indictment and the Criminal Complaint in Case No. 2:24-mj-00066-BNW, shall be unsealed.

DATED this __7th__ day of February, 2024.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE