**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POUPAK JANNISSAR,<br><br>　　　　　Defendant. | 2:24-CR-020-APG-DJA<br><br>**Preliminary Order of Forfeiture** |

　　　　This Court finds Poupak Jannissar pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349 and in Count Two with Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(B)(1). Criminal Indictment, ECF No. 4; Memorandum in Support of Plea, ECF No. __; Change of Plea, ECF No. __.

　　　　This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has proven the amount for the in personam criminal forfeiture money judgment.

　　　　This Court finds Poupak Jannissar agreed to the imposition of the in personam criminal forfeiture money judgment of $1,459,689.22 set forth in the Memorandum in Support of Plea, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 4; Bill of Particulars, ECF No. 25; Memorandum in Support of Plea, ECF No. __; Change of Plea, ECF No. __.

　　　　The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1349, conspiracy to commit such offense; (2) any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §

1956(a)(2)(B)(i), or any property traceable to such property; (3) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1956(a)(2)(B)(i), a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense; and (4) any property, real or personal, involved in a violation of 18 U.S.C. § 1956(a)(2)(B)(i), or any property traceable to such property and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1).

This Court finds that Poupak Jannissar shall pay an in personam criminal forfeiture money judgment of $1,459,689.22 to the United States of America under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Poupak Jannissar an in personam criminal forfeiture money judgment of $1,459,689.22.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____July 29_____, 2024.

_____
U.S. District Judge Jennifer A. Dorsey