**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00020-APG-DJA |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION PROCEDURES** |
| POUPAK JANNISSAR, | |
| Defendant. | |

This matter comes before the Court on the Government's Motion for Alternative Victim Notification Procedures. The Court finds that (1) the number of potential victims in this case makes it impracticable to provide all the rights provided under 18 U.S.C. 3771(a); (2) the "multiple crime victims" provision of the Act applies to this case; and (3) the means of notifying potential victims as set forth in the Government's Motion for Alternative Victim Notification Procedures constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Act.

Accordingly, the Court **GRANTS** the Government's Motion for Alternative Victim Notification Procedures.

DATED this 25th day of September, 2024.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE